_____    ✓ RETAIN

**Robert A. Gordon , U. S. BANKRUPTCY JUDGE**              Evidentiary Hrg: Y (N)
                                                            Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 7

Date: 10/22/2018 Time: 02:00

**CASE: 18-15937 Patrick K. Dunn** ✓

Robert M. Stahl IV representing Patrick K. Dunn (Debtor)

representing Brian A. Goldman (Trustee)

[35] Motion to Extend Time to File Complaint to Determine Dischargeability of Debt Filed by Crestwood Technology Group Corp.. (Attachments: #s3 Proposed Order)

**MOVANT** : Crestwood Technology Group Corp. BY J Greenberg W Kirkman ✓

[38] Response on behalf of Patrick K. Dunn Filed by Robert M. Stahl IV (related document(s) 35 Motion to Extend Time filed by Creditor Crestwood Technology Group Corp.).

*[handwritten: 30 days — Ruling on the record.]*

DISPOSITIONS:

Granted ✓   Denied____   Withdrawn____   Consent____   Default____   Under Adv.____

Moot_____   Dismissed_____   Overruled_____   Sustained_____   O.T.J. Fee_____

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [✓] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES: